IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEIDRA A. LINTZ,

       Plaintiff,                    No. CIV S-11-2837 EFB

       vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
                                      ORDER
       Defendant.
                                 /

       On October 31, 2011, the undersigned issued a scheduling order setting forth, among other things, deadlines for the parties to file motions for summary judgment. Dckt. No. 5. However, on March 12, 2012, defendant filed a motion to remand under sentence six of 42 U.S.C. 405(g). Dckt. No. 10. Accordingly, the deadlines set forth in the October 31 scheduling order are suspended[1] and the following briefing schedule issues:

       1. On or before June 1, 2012, plaintiff shall file an opposition or statement of non-opposition to defendant's motion to remand;

////

---

[1] If the Commissioner does not prevail on the motion to remand, the undersigned will set forth new deadlines for the parties to submit motions for summary judgment.

1

2. Within 21 days of plaintiff's filing, defendant may file a reply brief; and

3. Thereafter the matter will stand submitted for decision.

SO ORDERED.

DATED: May 2, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2