UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA A. LINTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:11-cv-2837-WBS-EFB<br><br><br><br>ORDER |

On January 10, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed January 10, 2019, are ADOPTED; and

2. Plaintiff's motion for a protective order (ECF No. 33) and motion for a stay (ECF No. 37) are denied.

Dated: February 7, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE